IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CLINT ANDREW JONES                                                                                    PLAINTIFF

vs.                                    Civil No. 1:16-cv-01082

CAROLYN W. COLVIN
Commissioner, Social Security Administration                                      DEFENDANT

## J U D G M E N T

For the reasons stated in the Memorandum Opinion entered in this case on this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 17th day of January 2017.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE